```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/19/20_____

20-CR-201 (KMW)

-against-

**ORDER**

ANTHONY YOUNG,

                    Defendant.
---------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      In an effort to reduce all parties' risk of exposure to COVID-19, the initial conference in this case is scheduled for Tuesday, April 14, 2020, at 11:00 a.m.. Pursuant to Standing Order 20-MISC-154, the running of speedy-trial time is suspended.

      SO ORDERED.

Dated: New York, New York
       March 19, 2020

                                                  /s/ Kimba M. Wood /
                                                 KIMBA M. WOOD
                                     United States District Judge