USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/2/20_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

ANTHONY YOUNG,

                      Defendant.

---------------------------------------------------------X

20-CR-201 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for April 7, 2020 is adjourned to June 22, 2020, at 10:30 a.m. Pursuant to Standing Order 20-MISC-154, the running of speedy-trial time is suspended.

    SO ORDERED.

Dated: New York, New York

    April 2, 2020                                           /s/ Kimba M. Wood /

                                                                KIMBA M. WOOD

                                                        United States District Judge