UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/20
```

    -against-

ANTHONY YOUNG,

                            Defendant.
-------------------------------------------------------------------x

**ORDER**
20 CR 201 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold a teleconference in the above-captioned case on October 14, 2020, at 12:00 p.m.

    To join the conference, the parties should dial 888-363-4749, and enter access code 1613818.

    SO ORDERED.

Dated: New York, New York
       October 8, 2019

                                                 KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE