UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

ANTHONY YOUNG,

                Defendant.
------------------------------------------------------------------x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 11/9/20

**ORDER**
20 CR 201 (KMW)

KIMBA M. WOOD, District Judge:

        The Court will hold a teleconference in the above-captioned case on November 17, 2020, at 11:00 a.m.

        To join the conference, the parties should dial 888-363-4749 and enter access code 1613818.

        SO ORDERED.

Dated: New York, New York
       November 9, 2020

                                      /s/ Kimba M. Wood
                                      KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE