UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 12/8/20 |

      -against-

ANTHONY YOUNG,

                Defendant.
-----------------------------------------------------------------x

**ORDER**
20 CR 201 (KMW)

KIMBA M. WOOD, District Judge:

      The Court will hold a teleconference in the above-captioned case on Thursday, December 17, 2020, at 2:00 p.m. To join the conference, the parties should dial 888-363-4749, and enter Access Code 1613818.

      SO ORDERED.

Dated: New York, New York
       December 8, 2020

                                      /s/ Kimba M. Wood
                                      KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE