# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

January 25, 2021

**BY ECF**

The Honorable Judge Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   **United States v. Anthony Young**
      **20 Cr. 201 (KMW)**

Honorable Judge Wood:

    I write on behalf of my client, Anthony Young, to respectfully request that the Court modify Mr. Young's bail conditions to allow him to continue to reside with his uncle, Bobby Wainwright, in New York City. Pretrial services and the Government do not object to this request. This is Mr. Young's fourth bail modification request.

    On February 27, 2020, Mr. Young was presented in Magistrate Court. The defense reserved a bail application without prejudice to make a bail argument at a later date. Magistrate Judge Sarah L. Cave ordered Mr. Young detained. On March 11, 2020, the Government filed an Indictment in Mr. Young's case. On March 13, 2020, Mr. Young was arraigned on the Indictment and a bail hearing was held in Magistrate Court before Magistrate Judge Ona T. Wang. Magistrate Judge Wang set the following bail conditions:

> $50,000 personal recognizance bond to be co-signed by two financially responsible persons; pretrial supervision as directed by Pretrial Services; drug testing and treatment as directed by Pretrial Services; surrender all travel documents with no new applications and travel restricted to the Southern and Eastern Districts of New York; home detention; GPS location monitoring; no possession of firearms/destructive devices/other weapons; maintain residence approved by Pretrial Services and not to change residence; and no contact with co-defendants outside the presence of counsel.[1]

---

[1] There are no co-defendants in Mr. Young's case.

  Judge Wang further ordered that Mr. Young was to remain detained until all conditions were met. Pretrial Services did not approve the residence the defense had proposed for Mr. Young to live during the pendency of his case. As a result, Mr. Young remained incarcerated at the Metropolitan Correctional Center for nine months.

  On October 26, 2020, the Court granted defense counsel's application to modify Mr. Young's bail conditions to allow him to reside in a residential treatment center, Samaritan Daytop Village, rather than home detention. On November 10, 2020, the Court granted Mr. Young's request to modify his bail conditions to remove the condition of GPS location monitoring in order to facilitate Mr. Young's immediate release from the Metropolitan Correctional Center to the residential treatment facility.

  On November 12, 2020, Anthony Young was released from the Metropolitan Correctional Center to Samaritan Daytop Village, a residential treatment services provider for adults with chronic substance use histories. Weeks later, Samaritan Village determined that Mr. Young did not need residential treatment. The defense moved the Court to modify Mr. Young's bail conditions to mandate that he continue to reside at Samaritan Daytop Village in Jamaica, Queens, where he had been thriving. In the alternative, the defense requested that the Court allow Mr. Young to reside temporarily with his uncle, Bobby Wainwright, in New York City, until he is able to move in with his sister, Janice Young, in Chesapeake, VA. On December 14, 2020, the Court endorsed the defense's bail modification request, allowing Mr. Young to reside with his uncle in New York City temporarily until he is able to move in with his sister in Virginia.

  For the past six weeks, Mr. Young has been living with his uncle in the Bronx. In that time, he has continued the outpatient methadone maintenance program he had been attending before his arrest in this matter, participating in the virtual program daily, through both one-on-one and group counseling sessions. While Mr. Young initially intended to move in with his sister in Virginia, there do not appear to be appropriate substance abuse treatment programs in the area to serve Mr. Young. The defense expressed concern that a period of transition may leave Mr. Young without appropriate medication. In light of this information and Mr. Young's continued compliance with the conditions of his release, the defense now respectfully requests that the Court modify Mr. Young's bail conditions to allow him to continue residing with his uncle in the Bronx for the pendency of his case. The Government and pretrial services do not object to this request. [Granted]

  Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

SO ORDERED: N.Y., N.Y. 1/27/21

_____
KIMBA M. WOOD
U.S.D.J.

2