| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>----------------------------------------------------------X<br><br>UNITED STATES OF AMERICA | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: __2/17/21_____ |

              v.                                   20-CR-201 (KMW)

**ORDER**

ANTHONY YOUNG,

                     Defendant.

----------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      On February 15, 2021, Defendant Anthony Young filed a motion to suppress (i) evidence seized in connection with an allegedly warrantless search; and (ii) certain post-arrest statements attributed to Defendant.   (ECF No. 36.)

      On or before March 1, 2021, the Government shall respond to Defendant's motion.

      On or before March 8, 2021, Defendant may file a reply.


      SO ORDERED.

Dated: New York, New York
         February 17, 2021

                                                    */s/ Kimba M. Wood*
                                                     KIMBA M. WOOD
                                            United States District Judge