UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 4/6/21 |

-against

**ORDER**
20 CR 201 (KMW)

ANTHONY YOUNG,

Defendant.
-------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

The trial in this matter, scheduled to begin on April 27, 2021, is adjourned to July 19,

2021, as a control date. The defendant's hearing on his Suppression Motion is scheduled for

June 17, 2021, at 10:00 a.m.

SO ORDERED.

Dated: New York, New York
April 5, 2021

KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE