# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

David E. Patton
*Executive Director*

July 6, 2021

**BY ECF**

The Honorable Judge Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

RE: **United States v. Anthony Young**
    20 Cr. 201 (KMW)

Honorable Judge Wood:

A control date in the above-captioned matter was set for today, July 6, 2021. Over the past several weeks, the parties have been actively conferring about a possible pretrial disposition in this matter. Accordingly, I respectfully request an in-person change of plea hearing for Mr. Young in August or September of 2021. The Government consents to this request.

The Government also requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow the parties time to continue discussions concerning a pretrial disposition of this matter. See 18 U.S.C. § 3161(h)(7)(A).

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

cc: Sarah Kushner, Assistant U.S. Attorney

*The Court refers the change of plea to Magistrate's Court. A control date is scheduled for September 7, 2021 at 11:30 a.m. Time is excluded, pursuant to 18 USC 3161(h)(7)(A), through September 7, 2021.*

SO ORDERED: N.Y., N.Y.

/s/ Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.