# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/21

September 1, 2021

**BY ECF**

The Honorable Judge Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

RE: <u>United States v. Anthony Young</u>
20 Cr. 201 (KMW)

Honorable Judge Wood:

    I write as counsel for Anthony Young in the above-captioned case to provide the Court with a status update.

    On July 6, 2021, the defense requested an in-person change of plea hearing. The Court referred the case to Magistrate Court for the change of plea and set a control date for September 7, 2021 at 11:30 am. The defense now writes in advance of the September 7 control date to inform the Court that Mr. Young's change of plea hearing has been scheduled in Magistrate Court for September 16, 2021 at 10:00 am. Accordingly, the defense requests that the Court adjourn the September 7, 2021 control date to a date after the September 16 plea. The Government consents to this request.

    The Government also requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow the parties time to continue discussions concerning a pretrial disposition of this matter. See 18 U.S.C. § 3161(h)(7)(A).

    Thank you for your consideration of this request.

*The conference is adjourned, as a control date, to September 27, 2021 at 11:00 a.m. Time is excluded, pursuant to 18 USC 3161(h)(7)(A), through September 27, 2021.*

Respectfully submitted,

/s/
Marne L. Lenox

SO ORDERED: N.Y., N.Y. 9/2/21

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.