# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/27/21

December 22, 2021

**BY ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: **United States v. Anthony Young**
20 Cr. 201 (KMW)

Dear Judge Wood:

I write as counsel to Anthony Young in the above-captioned case to respectfully request a 30-day adjournment of Mr. Young's sentencing date, currently scheduled for January 24, 2022, and a corresponding extension of sentencing submission deadlines. An adjournment is necessary to enable Mr. Young to file his taxes and receive his tax return, and to get his affairs in order ahead of his sentencing. The Government does not object to this request.

Thank you for your consideration of this request.

*Sentencing is adjourned to February 28, 2022, at 12:00 p.m. Defendant's submission is due by February 14. Government submission is due by February 21.*

Respectfully submitted,

/s/
Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

cc: Sarah Kushner, Assistant U.S. Attorney (by ECF)

*Kimba M. Wood*   12/27/21
SO ORDERED