# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/22

April 6, 2022

**BY ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

RE:   **United States v. Anthony Young**
      20 Cr. 201 (KMW)

Dear Judge Wood:

    I write as counsel to Anthony Young in the above-captioned case to respectfully request a 60-day adjournment of Mr. Young's sentencing date, currently scheduled for April 28, 2022, and a corresponding extension of sentencing submission deadlines. Defense counsel remains engaged in a weeks-long racketeering trial before Judge Liman, which has interfered with counsel's preparation for Mr. young's sentencing. An adjournment is therefore necessary in order to ensure the effective representation of Mr. Young at sentencing. The Government does not object to this request.

    Thank you for your consideration of this request.

*Sentencing is adjourned to June 29, 2022, at 11:30 a.m. Defendant's submission is due by June 15. Government submission is due by June 22.*

Respectfully submitted,

/s/
Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

cc:   Sarah Kushner, Assistant U.S. Attorney

SO ORDERED: N.Y., N.Y.  4/6/22

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.