```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

                -against-                                    ORDER
                                                         20 CR 201 (KMW)
ANTHONY YOUNG,

                              Defendant.
------------------------------------------------------------x
```

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, sentencing currently scheduled for June 29, 2022, is adjourned to Wednesday, July 27, 2022, at 11:30 a.m.

SO ORDERED.

Dated: New York, New York
       June 28, 2022

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/22