```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/25/2022_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-　　　　　　　　　　　　　　20-CR-201 (KMW)

**ORDER**

ANTHONY YOUNG,

                     Defendant.
--------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

    Sentencing currently scheduled for July 27, 2022, is adjourned to Monday, August 1, at 10:00 a.m.

    SO ORDERED.

Dated: New York, New York
         July 25, 2022

                                                */s/ Kimba M. Wood*
                                                KIMBA M. WOOD
                                        United States District Judge