UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

           -against-

ANTHONY YOUNG,

                          Defendant.
------------------------------------------------------------------x

**ORDER**
20 CR 201 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/23

KIMBA M. WOOD, District Judge:

       The conference scheduled for Wednesday, February 15, 2023, at 4:30 p.m. is moved to 10:30 a.m.

       SO ORDERED.

Dated: New York, New York
          February 6, 2023

                                                                       _Kimba M. Wood_
                                                                      KIMBA M. WOOD
                                                             UNITED STATES DISTRICT JUDGE