UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against                                **ORDER**

ANTHONY YOUNG,                   20 CR 201 (KMW)

                      Defendant.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

    The conference currently scheduled for November 15, 2023, at 11:30 a.m., will be held at

10:30 a.m.

    SO ORDERED.

Dated: New York, New York
       November 7, 2023

                                   KIMBA M. WOOD
                         UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/7/23