Probation Form No. 35  
(1/92)

Report and Order Terminating Probation  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT  
for the  
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

Docket No. 0208 1:20CR00201

Anthony Young

USDS SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 4/3/24

On August 1, 2022, the above named was placed on Probation for a period of 5 years. He has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that Anthony Young be discharged from Probation.

Respectfully submitted,

by _____  
Brianna Willborn  
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this __3d__ day of __April__, 20 __24__.

_____  
Honorable Kimba M. Wood  
Senior U.S. District Judge